## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **Rhett Linville** ) <br> 539 W. 2nd St., Apt. 11-B ) <br> Washington, MO 63090, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **NCO Financial Systems, Inc.** ) <br> ) <br> Defendant. ) | Case No. 4:10-cv-01577 |

### Notice of Settlement

  Plaintiff notifies the Court that the matter has been settled and requests the Court continue the case for thirty days for stipulation for dismissal to be filed.

              Respectfully submitted,

              /s/ Steven R. White
              _____
              Purschke, White, Robinson & Becker LLC
              STEVEN R. WHITE #45595MO, MBE 45595
              316 E. Locust
              Union, Missouri 63084
              white@purschkewhite.com
              (636) 583-5760  Fax: (866)804-1569
              ATTORNEY FOR PLAINTIFF